```
BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:02-CR-05193-AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | CONTESTED HEARING; |
| ) | ORDER |
| v. ) | |
| ) | Date: June 25, 2012 |
| GUILLERMO TORRES-HERNANDEZ ) | Time: 1:30 p.m. |
| aka Roberto Riberto-Gonzalez ) | Judge: Hon. Anthony W. Ishii |
| aka Roberto Rodriguez-Ortiz ) | |
| aka Francisco Gonzalez-Gonzalez,) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the contested hearing now set for June 4, 2012, at 1:30 p.m., may be continued to **June 25, 2012, at 1:30 p.m.**

The reason for the continuance is to allow additional time for potential resolution of the matter and availability of counsel. Specifically, the parties have received additional information from probation as to the potential sentence defendant could receive. Additionally, counsel for the government recently learned that he will have to be out of town for work purposes on

1 the day of the previously scheduled contested hearing.  As this
2 is a hearing regarding an alleged violation of supervised
3 release, time need not be excluded under the Speedy Trial Act.

5 Dated: May 30, 2012                   Respectfully submitted,

6                                       BENJAMIN B. WAGNER
                                        United States Attorney

7                                  By:  /s/ Ian L. Garriques
8                                       IAN L. GARRIQUES
                                        Assistant U.S. Attorney

10 Dated: May 30, 2012               By:  /s/ Richard A. Beshwate
                                        RICHARD A. BESHWATE
11                                      Attorney for Defendant

**O R D E R**

16 IT IS SO ORDERED.

17 Dated:      May 30, 2012           _____
18                                    CHIEF UNITED STATES DISTRICT JUDGE